# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1622
Lower Tribunal No. 2022-CA-001452

_____

CITIZENS PROPERTY INSURANCE CORPORATION,

Appellant,

v.

MELINDA LOONEY and ROBERT LOONEY,

Appellees.

_____

Appeal from the Circuit Court for Polk County.
Jennifer A. Swenson, Judge.

December 16, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and GANNAM, J., and SCHULTZ-KIN, L.K., Associate Judge, concur.


Drew W. Peeler and Lara J. Edelstein, of Boyd & Jenerette, P.A., Boca Raton, for Appellant.

Barbara M. Hernando, Matthew K. Mullinax, and Dean Makris, of Makris & Mullinax, Tampa, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED